UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>Plaintiff, <br><br>v. <br><br>REVENANT TRUCKING LLC, <br><br>Defendant. | CASE NO. C24-1038 MJP <br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court previously ordered the Parties to submit a joint status report by October 2, 2024. (Dkt. No. 5.) The Parties have not submitted a joint status report, though Plaintiff has moved for and obtained entry of default. (Dkt. Nos. 6, 7.) The Court hereby ORDERS the Parties to file a joint status report or for Plaintiff to move for default judgment by no later than November 4, 2024. The failure to comply with this Order by November 4, 2024 may result in sanctions, including dismissal for failure to prosecute under Fed. R. Civ. P. 41(b).

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed October 8, 2024.

                    Ravi Subramanian  
                    Clerk of Court

                    s/Kathleen Albert  
                    Deputy Clerk